IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KANE COMMUNICATIONS LLC, | § § § § | |
| *Plaintiff/Counter-Defendant*, | § § | |
| vs. | § § | Civil No. No. 3:23-cv-00824 |
| COMPUCOM SYSTEMS INC., | § § | |
| *Defendant/Counter-Plaintiff*. | § § § | JURY DEMANDED |

**JOINT SETTLEMENT REPORT
AND AGREED MOTION TO CONTINUE TRIAL SETTING**

Plaintiff/Counter-Defendant Kane Communications LLC (Kane) and Defendant/Counter-Plaintiff CompuCom Systems Inc. (CompuCom) file this joint settlement report, in compliance with paragraph 10(b) of this Court's July 14, 2023, Scheduling Order (ECF 19) and this Court's Order for special trial setting (ECF 116), and agreed motion to continue trial setting.

1.     The parties held their settlement conference in person on Tuesday, August 5, 2025, at the offices of SHEPPARD MULLIN RICHTER & HAMPTON LLP, 2200 Ross Avenue, 20th Floor, Dallas, Texas 75201.

2.     In attendance were Robert Lewis (the chief operating officer of Instrata, Kane's parent company); Shawn Farrell and Anderson Sessions (attorneys for

Kane); Paul Gagnier (CompuCom's chief legal officer); and Julie Springer, James Hatchitt, and Bill Mateja (attorneys for CompuCom).

3.      The parties made meaningful and substantial progress towards settlement. The parties discussed a potential business solution that involved an ongoing business relationship, which both sides considered worthy of serious consideration.

4.      The parties both agree the potential business solution could realistically result in settlement, if the parties are given the opportunity to define and explore the contours of that proposed solution.

5.      To provide the parties that opportunity, and to conserve judicial resources and avoid unnecessary trial preparation costs, the parties jointly and respectfully request that this Court continue the current trial setting of August 18, 2025, until the week of October 6, 2025, or the week of October 13, 2025 (depending on this Court's trial calendar and availability).

Respectfully submitted,


*/s/ R. Anderson Sessions, signed with permission*
R. Anderson Sessions
State Bar No. 24090378
rasessions@cokinoslaw.com
Timothy P. Delabar
State Bar No. 24116273
tdelabar@cokinoslaw.com
COKINOS YOUNG, PC
One Galleria Tower
13355 Noel Road, Suite 1375
Dallas, Texas 75240
Tel. (817) 635-3600
Fax (817) 635-3633

Shawn R. Farrell
sfarrell@cohenseglias.com
Matthew L. Erlanger
merlanger@cohenseglias.com
COHEN, SEGLIAS, PALLAS, GREENHALL
& FURMAN, PC
1600 Market Street, 32nd Floor
Philadelphia, PA 19103
Tel. (215) 564-1700
Fax (215) 564-3066

*Attorneys for Plaintiff/counter-defendant Kane Communications LLC*

*/s/ William B. Mateja*
William B. Mateja
State Bar No. 13185350
bmateja@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Tel. (469) 391-7400
Fax (469) 391-7401

Julie A. Springer
State Bar No. 18966770
jspringer@weisbartspringer.com
James C. Hatchitt
State Bar No. 24072478
jhatchitt@weisbartspringer.com
Colleen Murphey
State Bar No. 24102258
cmurphey@weisbartspringer.com
WEISBART SPRINGER STORM HATCHITT LLP
212 Lavaca Street, Suite 200
Austin, Texas 78701
Tel. (512) 652-5780
Fax (512) 682-2074

*Attorneys for Defendant/counter-plaintiff CompuCom Systems, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of this document was delivered August 6, 2025, in accordance with Rule 5(b)(2) of the Federal Rules of Civil Procedure, to the parties listed and in the manner indicated below:

Anderson Sessions
rasessions@cokinoslaw.com
COKINOS YOUNG, PC
One Galleria Tower
13355 Noel Road, Suite 1375
Dallas, Texas 75240
Tel. (817) 635-3600
Fax (817) 635-3633

✓ Electronic service
□ In person
□ Registered mail, return receipt requested
□ Commercial delivery service
□ Facsimile
□ Electronic mail

Shawn R. Farrell
sfarrell@cohenseglias.com
Matthew L. Erlanger
merlanger@cohenseglias.com
COHEN, SEGLIAS, PALLAS, GREENHALL
& FURMAN, PC
1600 Market Street, 32nd Floor
Philadelphia, PA 19103
Tel. (215) 564-1700
Fax (215) 564-3066

*Attorneys for plaintiff/counter-defendant Kane Communications LLC*

*/s/ William Mateja*
William Mateja