# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| KANE COMMUNICATIONS LLC, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:23-CV-00824-E |
| COMPUCOM SYSTEMS INC, | § § § | |
| Defendant. | § § § § | |

## ORDER

Before the Court is the Parties' Agreed Motion to Continue Trial Setting, (ECF No. 143), in which the Parties seek to continue their trial setting, currently set for August 18, 2025, until October 2025.

The Court hereby **GRANTS** the motion, as amended below:

1. The Court **VACATES** its order setting trial. (ECF No. 116).

2. The Parties are **ORDERED** to submit a Joint Status Report to the Court, on or by, Monday, September 29, 2025, specifically informing the Court of the status of the Parties' settlement discussions and need for subsequent trial setting.

**SO ORDERED:** this 7th day of August, 2025.

*/s/ Ada Brown*
Ada Brown
UNITED STATES DISTRICT JUDGE