IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KANE COMMUNICATIONS LLC, | § § | |
| *Plaintiff/Counter-Defendant*, | § § | |
| vs. | § § | Civil No. No. 3:23-cv-00824 |
| COMPUCOM SYSTEMS INC., | § § | |
| *Defendant/Counter-Plaintiff*. | § § § | JURY DEMANDED |

## JOINT STATUS REPORT AND REQUEST FOR TRIAL SETTING

Plaintiff/Counter-Defendant Kane Communications LLC (Kane) and Defendant/Counter-Plaintiff CompuCom Systems Inc. (CompuCom) file this Joint Status Report and Request for Trial Setting, in compliance with paragraph 2 of this Court's August 7, 2025, Order (ECF 145).

1. The parties held their settlement conference in person on Tuesday, August 5, 2025, at the offices of SHEPPARD MULLIN RICHTER & HAMPTON LLP, 2200 Ross Avenue, 20th Floor, Dallas, Texas 75201.

2. Following that settlement conference, on August 6, 2025, the parties filed an agreed motion to continue the August 18, 2025, trial setting in this cause, to continue pursuing settlement discussions.[1]

---

[1] *See* Joint settlement report and agreed motion to continue trial setting (ECF 143).

3. On August 7, 2025, this Court granted the parties' agreed motion to continue the August 18, 2025, trial setting.[2] That August 7 order also directed the parties to file a joint status report on or before September 29, 2025, regarding the status of the parties' settlement discussions and any need for a subsequent trial setting.[3]

4. The parties, their representatives, and their counsel conducted settlement discussions from August 7, 2025, until September 8, 2025. Those discussions did not result in a resolution of the parties' claims and defenses raised in this lawsuit.

5. There is a pending motion for summary judgment and a motion to exclude expert testimony. Kane believes a decision on these motions would aid the prospects of settlement and the streamlining of issues for trial.

6. Accordingly, the parties jointly report that their discussions have not resulted in a settlement, and jointly request a new trial setting.

7. In their August 6 motion, the parties previously requested a continuance of the trial setting in this case to the week of October 6, 2025, or the week of October 13, 2025 (depending on this Court's trial calendar and availability).[4] Kane

---

[2] *See* Order (ECF 145), at ¶ 1.
[3] *See* Order (ECF 145), at ¶ 2.
[4] *See* Joint settlement report and agreed motion to continue trial setting (ECF 143), at ¶ 5.

is prepared to start trial on October 13, 2025, as Kane's expert is unavailable the week of October 6, 2025. CompuCom is prepared to start trial on October 6, 2025, or October 13, 2025.

Respectfully submitted,

/s/ *Shawn R. Farrell, signed with permission*
R. Anderson Sessions
State Bar No. 24090378
rasessions@cokinoslaw.com
Timothy P. Delabar
State Bar No. 24116273
tdelabar@cokinoslaw.com
COKINOS YOUNG, PC
One Galleria Tower
13355 Noel Road, Suite 1375
Dallas, Texas 75240
Tel. (817) 635-3600
Fax (817) 635-3633

Shawn R. Farrell
sfarrell@cohenseglias.com
Matthew L. Erlanger
merlanger@cohenseglias.com
COHEN, SEGLIAS, PALLAS, GREENHALL
& FURMAN, PC
1600 Market Street, 32nd Floor
Philadelphia, PA 19103
Tel. (215) 564-1700
Fax (215) 564-3066

*Attorneys for plaintiff/counter-defendant Kane Communications LLC*

/s/ *William B. Mateja*
William B. Mateja
State Bar No. 13185350
bmateja@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Tel. (469) 391-7400
Fax (469) 391-7401

Julie A. Springer
State Bar No. 18966770
jspringer@weisbartspringer.com
James C. Hatchitt
State Bar No. 24072478
jhatchitt@weisbartspringer.com
Colleen Murphey
State Bar No. 24102258
cmurphey@weisbartspringer.com
WEISBART SPRINGER STORM HATCHITT LLP
212 Lavaca Street, Suite 200
Austin, Texas 78701
Tel. (512) 652-5780
Fax (512) 682-2074

*Attorneys for defendant/counter-plaintiff CompuCom Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this document was delivered September 11, 2025, in accordance with Rule 5(b)(2) of the Federal Rules of Civil Procedure, to the parties listed and in the manner indicated below:

| | |
|---|---|
| Anderson Sessions<br>rasessions@cokinoslaw.com<br>Timothy P. Delabar<br>tdelabar@cokinoslaw.com<br>COKINOS YOUNG, PC<br>One Galleria Tower<br>13355 Noel Road, Suite 1375<br>Dallas, Texas 75240<br>Tel. (817) 635-3600<br>Fax (817) 635-3633 | ✓ Electronic service<br>☐ In person<br>☐ Registered mail, return receipt requested<br>☐ Commercial delivery service<br>☐ Facsimile<br>☐ Electronic mail |

Shawn R. Farrell
sfarrell@cohenseglias.com
Matthew L. Erlanger
merlanger@cohenseglias.com
COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, PC
1600 Market Street, 32nd Floor
Philadelphia, PA 19103
Tel. (215) 564-1700
Fax (215) 564-3066

*Attorneys for plaintiff/counter-defendant Kane Communications LLC*

/s/ *William B. Mateja*
William B. Mateja

- 4 -