UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **Kane Communications, LLC** § | |
| § | |
| *Plaintiff.* § | |
| § | |
| v. § | CIVIL ACTION NO. 3:23-cv-00824-E |
| § | |
| **CompuCom Systems, Inc.** § | |
| § | |
| *Defendants.* § | |
| § | |

## ORDER

On August 7, 2025 the Court ordered the Parties to submit a Joint Status Report regarding the status of the Parties' settlement discussions and need for subsequent trial setting. (ECF No. 145). On September 11, 2025 the parties submitted the Joint Status Report, which indicated the Parties were unable to reach a settlement. (ECF No. 146). The Court thereby **ORDERS** the setting of the trial date as follows:

### I. SCHEDULING ORDERS

*Summary Of Critical Dates*

| | |
|---|---|
| Settlement Conference (¶ 3) | Ten days prior to the pretrial conference |
| Exchange of Exhibits (¶ 2) | Two business days prior to the pretrial conference |
| Pretrial Conference (¶ 2) | February 2nd, 2026, at 10:00 AM |
| Trial Date (¶ 1) | Three-week docket beginning Tuesday, February 3rd, 2026. |

1. **Trial Date**: This case is **set for jury trial** on this Court's three-week docket beginning **Tuesday, February 3rd, 2025**. Counsel and the parties shall be ready for trial on **two days'** notice at any time during this three-week period. Any potential conflicts must be called to the attention of the Court **in writing** within **ten days** from the date of this Order. If this case involves a significant number of out-of-state witnesses, the parties may request a more definite trial date from the Court.

2. **Pretrial Conference:** A pretrial conference in the case is set for **February 2, 2026, at 10:00 AM**. Lead counsel for each party must attend; if the party is proceeding *pro se*, the party must attend. Fed. R. Civ. P. 16(e). Lead counsel and *pro se* parties must have the authority to enter into stipulations and admissions that would facilitate the admission of evidence and reduce the time and expense of trial. *Id*. All pretrial motions not previously decided will be heard at that time and procedures for trial will be discussed.

3. **Settlement Conference and Status Report:**

    A. **Settlement Conference**: At least **ten days** before the pretrial conference, the parties and their respective lead counsel shall hold a **face-to-face meeting** to discuss settlement of this case. Individual parties and their counsel shall participate **in person**, not by telephone or other remote means. All other parties shall participate by a representative or representatives, in addition to counsel, who shall have unlimited settlement authority and who shall participate in person, not by telephone or other remote means. If a party has liability insurance coverage as to any claim made against that party in this case, a representative of each insurance company providing such coverage, who shall have full authority to offer policy limits in settlement, shall be present at, and participate in, the meeting in person, not by telephone or other remote means. At this meeting, the parties shall comply with the requirements of Local Rule 16.3.

    B. **Joint Settlement Report**: Within **seven days** after the settlement conference, the parties shall jointly prepare and file a written report, which shall be signed by counsel for each party, detailing: (1) the date on which the meeting was held; (2) the persons present (including the capacity of any representative); (3) a statement as to whether meaningful progress toward settlement was made; and (4) a statement regarding the prospects of settlement.

**SO ORDERED on the 7th day of October, 2025.**

_____

**Ada Brown
UNITED STATES DISTRICT JUDGE**