

R. Anderson Sessions
Principal
DIRECT  817-900-8255
MAIN    817-**635-3607**
EMAIL   **rasessions@CokinosLaw.com**

*Via ECF*
Hon. Judge Ada Brown
United States District Judge
United States District Court, Courtroom 1310
1100 Commerce Street
Dallas, TX 75242

Re: *Kane Communications, LLC v. CompuCom Systems, Inc.*, No. 3:23-cv-00824.

Dear Judge Brown:

This letter is being submitted to you for consideration on behalf of both Plaintiff Kane Communications, LLC ("**Kane**") and CompuCom Systems, Inc., ("**CompuCom**") (jointly, the "**Parties**"), concerning the Court's October 7, 2025 Order [ECF 147] setting this case for trial the week of February 3, 2026. Pursuant to the Court's order, Counsel for the Parties are required to advise the Court in writing within ten days from date of the order of any scheduling conflicts with the new trial setting.

Accordingly, Counsel for the Parties have conferred regarding scheduling conflicts that Counsel for Kane has with the February 3, 2026, trial setting. Additionally, Counsel for the Parties all have scheduling conflicts during the first and second weeks in March of 2026. Therefore, Kane respectfully requests, and CompuCom does not oppose, that the Court set this case for a special trial setting towards the second half of April 2026 or, in the alternative, schedule a telephonic status conference with Counsel for the Parties to coordinate scheduling a new trial date that comports with the Court's trial docket.

Respectfully,

R. Anderson Sessions
Local Counsel for Plaintiff
Kane Communications, LLC

RAS/dc
cc:     Counsel of Record

**COKINOS | YOUNG** • One Galleria Tower, 13355 Noel Road, Suite 1375, Dallas, TX 75240 • CokinosLaw.com

DALLAS/FT. WORTH • HOUSTON • SAN ANTONIO • AUSTIN • CALIFORNIA • NEW JERSEY • NEW YORK