IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KANE COMMUNICATIONS LLC, | § | |
| | § | |
| *Plaintiff/Counter-Defendant,* | § | |
| | § | |
| vs. | § | Civil No. No. 3:23-cv-00824-E |
| | § | |
| COMPUCOM SYSTEMS INC., | § | |
| | § | |
| *Defendant/Counter-Plaintiff.* | § | |

## VERDICT FORM

**QUESTION 1 (Breach of Contract by CompuCom)**

Has Kane proved by a preponderance of the evidence that CompuCom materially breached the Agreements by refusing to pay Kane the amounts Kane claims it is due under the Agreement?

Answer "Yes" or "No."

Answer: __Yes__

**QUESTION 2 (Breach of Contract by Kane)**

Has CompuCom proved by a preponderance of the evidence that Kane materially breached the Agreements?

Answer "Yes" or "No."

Answer: ___No___

*Answer Question 3 if you answered "Yes" to both Questions 1 (Breach of Contract by CompuCom) and 2 (Breach of Contract by Kane). Otherwise, do not answer Question 3.*

**QUESTION 3 (First Breach)**

Who materially breached the Agreements first?

Answer "CompuCom" or "Kane."

Answer: _____

*Answer Question 4 if you answered (i) "Yes" to Question 1 (Breach of Contract by CompuCom) and (ii) either "No" to Question 2 (Breach of Contract by Kane) or "CompuCom" to Question 3 (First Breach). Otherwise, do not answer Question 4.*

**QUESTION 4 (Damages for Breach of Contract by CompuCom)**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Kane for its damages, if any, that resulted from CompuCom's breach?

Consider the following elements of damages, if any, and none other. Do not add any amount for interest on damages, if any. Answer in dollars and cents, if any.

The amount of Kane's invoices owed under the Agreements.

Answer: ___481,650.23___

*If you answered (i) "Yes" to Question 2 (Breach of Contract by Kane) and (ii) either "No" to Question 1 (Breach of Contract by CompuCom) or "Kane" to Question 3 (First Breach), then answer Question 5. Otherwise, do not answer Question 5.*

**QUESTION 5 (Damages for Breach of Contract by Kane)**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate CompuCom for its damages, if any, that resulted from such breach?

Consider the following elements of damages, if any, and none other. Do not add any amount for interest on damages, if any. Answer in dollars and cents, if any.

The reasonable and necessary cost for CompuCom to repair and/or complete the work and services Kane contracted to provide under the Agreements.

Answer: _____

*Answer Question 6 only if you: (i) answered "Yes" to Question 1 (Breach of Contract by CompuCom) and (ii) either "No" to Question 2 (Breach of Contract by Kane) or "CompuCom" to Question 3 (First Breach). Otherwise, do not answer Question 6.*

**QUESTION 6 (Prompt Payment Act)**

Did Kane prove by a preponderance of the evidence that CompuCom failed to pay Kane promptly for properly performed work?

Answer "Yes" or "No."

Answer: __Yes__

- 7 -

*Answer Question 7 only if you answered "Yes" to Question 6 (Prompt Payment Act). Otherwise, do not answer Question 7.*

**QUESTION 7 (Good-Faith Dispute)**

Did CompuCom prove by a preponderance of the evidence that its failure to pay promptly was excused?

CompuCom's failure to pay promptly is excused if—

1. CompuCom disputed in good faith its obligation to pay or the amount of payment, and

2. CompuCom withheld no more than 100 percent of the difference between the amount Kane claims is due and the amount that CompuCom Systems, Inc. claims is due.

Answer "Yes" or "No."

Answer: ___No___

*If you answered "Yes" to Question 6 (Prompt Payment Act) and "No" to Question 7 (Good-Faith Dispute), then answer Question 8. Otherwise, do not answer Question 8.*

**QUESTION 8 (Damages for Prompt Payment Act)**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Kane for its damages, if any, that resulted from not being promptly paid by CompuCom?

> Consider the following elements of damages, if any, and none other. Do not add any amount for interest on damages, if any. Answer in dollars and cents, if any.
>
> > The unpaid amount for properly performed work under the contract.
> >
> > Answer: __455,520.98__

- 8 -

- 9 -

**QUESTION 9 (Breach of Express Warranty)**

Has CompuCom proved by a preponderance of the evidence that Kane's breach, if any, of a warranty was a proximate cause of damages to CompuCom?

Answer "Yes" or "No."

Answer: _____No_____

*If you answered "Yes" to Question 9 (Breach of Warranty), then answer Question 10. Otherwise, do not answer Question 10.*

**QUESTION NO. 10 (Damages for Breach of Warranty)**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate CompuCom for its damages, if any, that resulted from Kane's breach of warranty?

Answer in dollars and cents, if any.

Answer: _____

**SIGNED** on _____April 29_____, 2026.

_____
PRESIDING JUROR

REDACTED

- 11 -